UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KHALIFAH ABD-AL MUBAYMIN FARUQ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-CV-65-JCH |
| ) | |
| J. PANKRATZ, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

This matter is before the Court upon its own motion. On October 13, 2011, after denying plaintiff's request to proceed in forma pauperis, this Court ordered plaintiff to pay the $350 filing fee within thirty (30) days [Doc. #5]. Plaintiff has failed to comply with the Court's Order, and the time to do so has now passed.

Therefore,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of October 13, 2011. See Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that, pursuant to 28 U.S.C. § 1915(a), an appeal from this dismissal would not be taken in good faith.

Dated this 30th day of November, 2011.

/s/Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**